# CRIMINAL CAUSE FOR ARRAIGNMENT/INITIAL APPEARANCE

**BEFORE:** A. Kathleen Tomlinson, U.S.M.J.  **DATE:** 1-8-2015  **TIME:** 3:41 p.m. (13 minutes)

**DOCKET #:** MJ-15-19-AKT  **CAPTION:** USA v. Cerna

**DEFENDANT:** SERGIO ALEXANDER CERNA  **COUNSEL:** William Wexler
 X  Present  ___ Not Present  X  In custody  ___ Bail   X  CJA  ___ Retained  ___ Federal Defenders
 ___ Self Surrender

**A.U.S.A.:** John Durham  **INTERPRETER:** N/A  (sworn/affirms)
 **LANGUAGE:** _____

**COURT REPORTER:** N/A  **PRETRIAL REPORT PREPARED BY:** Robert Stehle
 ___ present   X  not present

**FTR:** 3:41-3:54

 X  Defendant(s) arraigned on the Complaint.

 X  Defendant(s) initial appearance.

 X  **APPLICATION AND ORDER OF EXCLUDABLE DELAY ENTERED ON RECORD.** Speedy Indictment Time waived 1-8-2015 through 3-6-2015.

 ___ Preliminary Hearing Scheduled for: _____ At _____ before _____

 X  Preliminary Hearing Waived. Waiver executed.

 ___ Order Setting Conditions of Release and Bond entered for defendant(s). Special conditions apply. See bond for details.

 ___ Temporary Order of Detention entered for defendant (s): _____

 ___ Detention Hearing scheduled for: _____ at _____ **before Magistrate Judge A. Kathleen Tomlinson.**

 X  Permanent Order of Detention entered for defendant.

 ___ Status Conference set for: _____

 ___ Defendant(s) _____ continued on Bond.

 X  Defendant remains in custody.

 ___ Defendant released on bond.

**OTHER:**

**Agent sworn as to complaint.**

**Mr. Wexler appointed CJA counsel for defendant.**

**Personal property taken at time of defendant's arrest returned to defendant's stepmother present in courtroom.**

**Defendant's eyeglasses taken at time of arrest returned to defendant in courtroom.**

**Defendant waives consulate notification.**

FILED
U.S. ...
JAN 08 2015