AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. D...

★   JAN 08 2015   ★

LONG ISLAND OFFICE

United States of America  )
)
)
v.  )
)
)

Case No.   MJ-15-19-AKT

**SERGIO ALEXANDER CERNA**
*Defendant*

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: Jan 8, 2015

*Defendant's signature*

*Signature of defendant's attorney*

William Wexler
*Printed name and bar number of defendant's attorney*

846 Deer Park Ave
N. Babylon, NY 11703
*Address of defendant's attorney*

WexLaw@optonline.net
*E-mail address of defendant's attorney*

631-422-2800
*Telephone number of defendant's attorney*

631-422-0987
*FAX number of defendant's attorney*