

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JJD:RAT
F. #2015R00098

*610 Federal Plaza*
*Central Islip, New York 11722*

March 3, 2015

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  MAR 06 2015  ★

LONG ISLAND OFFICE

By Hand

Clerk of the Court
(for forwarding to randomly assigned United States District Judge)
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

The Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
1040 Federal Plaza
Central Islip, New York 11722

    Re:  United States v. Sergio Cerna   CR-15-87 JFB

Dear Clerk of Court and Judge Bianco:

    Pursuant to Local Rule 50.3.2, the government hereby notifies the Court that the above-captioned case is presumptively related to United States v. Alvarenga, et al., No. 12 CR 063 (S-4)(JFB) ("Alvarenga").

    Local Rule 50.3.2(b)(1) provides for a "presumption that one case is 'related' to another when the facts of each arise out of the same charged criminal scheme(s), transaction(s), or event(s), even if different defendants are involved in each case." Local Rule 50.3.2(c)(1) directs the United States Attorney's Office to "give notice to all relevant judges whenever it appears that one case may be presumptively related to another pursuant to Section (b)(1)."

    This letter constitutes the notice directed by Local Rule 50.3.2(c)(1). This case is presumptively related to Alvarenga because the facts of the case arise out of the same criminal schemes, transactions and/or event(s) as charged in Alvarenga. Specifically, the defendant Sergio Cerna is being charged with conspiracy to murder rival gang members in aid of racketeering and racketeering, in violation of 18 U.S.C. § 1959(a)(5) and 1962(c),

respectively, which offenses arise, in part, out of an October 23, 2011 shooting in Central Islip, New York. See Cerna, Indictment, Count 1, Racketeering Act 3, and Count 10. One of Cerna's co-conspirators in the October 23, 2011 shooting, Edwin Hernandez, was indicted based on his participation in the same criminal event. See United States v. Alvarenga, 12-CR-063 (JFB), Fourth Superseding Indictment, Counts 44-49. Hernandez was recently tried on those charges and convicted of having assaulted one of the victims with a firearm and discharged a firearm, in violation of 18 U.S.C. §§ 1959(a)(3) and 924(c)(1)(a)(iii). See Id. Docket Entry No. 446.

Additionally, all of the defendants in the Alvarenga indictment, as well as the lone defendant in the Cerna indictment, are either members or associates of the MS-13 and are charged with RICO and VICAR offenses relating to their membership or association with the gang. Thus, the enterprise and racketeering evidence pertaining to each indictment will be virtually identical, including the potential testimony of several MS-13 cooperating defendants, who have already pleaded guilty before Judge Bianco. Accordingly, because the Cerna case is presumptively related to Alvarenga, the government respectfully submits that reassignment would be appropriate, as it would likely result in a significant savings of judicial resources and serve the interests of justice.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: _____
Raymond A. Tierney
John J. Durham
Assistant U.S. Attorneys
(631) 715-7849/51

cc: William Wexler, Esq. (By email)

*With Judge Wexler's consent, the case is re-assigned to the undersigned as related.*

SO ORDERED.

_____
Joseph F. Bianco
USDJ

Date: March 6, 2015
Central Islip, N.Y

2