CRIMINAL CAUSE FOR ARRAIGNMENT

BEFORE: Bianco,J.              DATE: 3/12/2015        TIME: 3:30 p.m.
                                                      TIME IN COURT: 22 minutes

DOCKET NUMBER: CR 15-87        TITLE: USA v.Sergio Cerna

DEFT NAME: Sergio Cerna    DEFT: #1
 X  PRESENT    NOT PRESENT      X IN CUSTODY       ON BAIL

ATTY. FOR DEFT.: William D. Wexler
 X  PRESENT    NOT PRESENT                     RET    X C.J.A.
                                               FED. DEF. OF NY, INC.


A.U.S.A. John Durham           DEPUTY CLERK: J. Torres

COURT REPORTER:      P. AUERBACH    E. COMBS   X  P. LOMBARDI
   H. RAPAPORT    M. STEIGER     D. TURSI      O. WICKER
   S. Picozzi

INTERPRETER:


 X    CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

 X    FIRST APPEARANCE OF DEFENDANT Sergio Cerna.

      DEFT(S) STATES TRUE NAME TO BE:

 X    DEFT. Sergio Cerna ARRAIGNED ON INDICTMENT, THE COURT READS THE
      INDICTMENT ON THE RECORD, AND ENTER(S) A NOT GUILTY PLEA TO THE
      CHARGES.

      WAIVER OF INDICTMENT EXECUTED.

 X    DEFTS. Sergio Cerna CONTINUED IN CUSTODY.

 X    PERM. ORDER OF DETENTION CONTINUED FOR DEFT. SERGIO CERNA

 X    SPEEDY TRIAL INFORMATION:
      CODE TYPE:  X-          START DATE: 3/12/2015 XSTRT
                              STOP DATE: 3/18/2015 XSTOP

 X    NEXT STATUS CONFERENCE SET FOR 3/18/15 at 1:45 p.m.

      OTHER: