## CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.          DATE: 3/18/2015        TIME: 1:59 p.m.
                                                 TIME IN COURT:3 minutes

DOCKET NUMBER: CR 15-87          TITLE: USA v. Sergio Cerna

DEFT NAME: Sergio Cerna    DEFT: #1 _____
 X PRESENT ___NOT PRESENT      X IN CUSTODY ____ ON BAIL

ATTY. FOR DEFT.: William D. Wexler _____
 X PRESENT __NOT PRESENT                    RET   X C.J.A.
                                             FED. DEF. OF NY, INC.


A.U.S.A. John Durham               DEPUTY CLERK: Michele Savona

COURT REPORTER:   ___P. AUERBACH   ___E. COMBS   ___P. LOMBARDI
___H. RAPAPORT   __M. STEIGER   ___D. TURSI  ___O. WICKER
___S. Picozzi

FTR:1:59-2:02

INTERPRETER:

 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___   FIRST APPEARANCE OF DEFENDANT Sergio Cerna.

____   DEFT(S) STATES TRUE NAME TO BE:_____

____   DEFT. Sergio Cerna ARRAIGNED ON INDICTMENT, THE COURT READS THE
       INDICTMENT ON THE RECORD, AND ENTER(S) A NOT GUILTY PLEA TO THE
       CHARGES.

____   WAIVER OF INDICTMENT EXECUTED.

 X   DEFTS. Sergio Cerna CONTINUED IN CUSTODY.

__   PERM. ORDER OF DETENTION CONTINUED FOR DEFT

 X   SPEEDY TRIAL INFORMATION:
     CODE TYPE: X-_____   START DATE: 3/18/2015 XSTRT
                            STOP DATE: 5/20/2015 XSTOP

 X   NEXT STATUS CONFERENCE SET FOR 5/20/15 at 1:00 p.m.

____   OTHER:_____