```
                                              FILED
                                         IN CLERK'S OFFICE
                                     U.S. DISTRICT COURT E.D.N.Y.

                                     ★   MAY 13 2015   ★
JJD:RAT
F.#2015R00098                            LONG ISLAND OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA            O R D E R

    - against -                  15-CR-087 (JFB)

SERGIO CERNA,
    also known as "Taz" and
    "Lechon,"

        Defendant.

- - - - - - - - - - - - - - - - X

        Upon the application of KELLY T. CURRIE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorneys JOHN J. DURHAM and RAYMOND A. TIERNEY, it is hereby:

        **ORDERED** that the defendant, counsel for the defendant, or anyone acting under the direction of defense counsel, may not reproduce, distribute or otherwise disseminate the Rule 16 Materials, which have been and will be provided in connection with the case;

        **ORDERED** that nothing in this Order shall prohibit: (a) defense counsel from reproducing and sharing the Rule 16 Materials with the defendant or others acting under the direction of defense counsel; or (b) defense counsel, or others acting under the direction of defense counsel, from displaying or discussing the content of such Rule 16 Materials, with other persons; provided however, that

the restrictions set forth in this Order shall apply to those individuals acting under the direction of defense counsel; and

**ORDERED** that any copies of the Rule 16 Materials provided by defense counsel to the defendant at the Nassau County Correctional Center, or any other facility, shall be returned to defense counsel and either returned to the government or destroyed at the conclusion of the case.

Dated: Central Islip, New York
May 13, 2015

THE HONORABLE JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK