JJD
F. #2015R00098

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 19 2015 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

CERNA et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNSEALING ORDER

Cr. No. 15-087 (S-1)(JFB)

EASTERN DISTRICT OF NEW YORK, SS:

        Upon the application of KELLY T. CURRIE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorneys John J. Durham and Raymond A. Tierney, the government requests an order unsealing the superseding indictment and arrest warrant in connection with the above-captioned matter, which were filed under seal on May 13, 2015.

Dated:    Central Islip, New York
            May 19, 2015

                                              HON. JOSEPH F. BIANCO
                                              UNITED STATES DISTRICT JUDGE
                                              EASTERN DISTRICT OF NEW YORK