

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

November 18, 2015

By Hand and ECF
The Honorable Joseph F. Bianco
United States District Judge
United States District Court
Eastern District of New York
1040 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Cerna et al.
                  Criminal Docket No. 15-087 (S-2)(JFB)

Dear Judge Bianco:

      Please be advised that, pursuant to a letter dated November 14, 2015, United States Attorney General Loretta E. Lynch authorized and directed the United States Attorney's Office for the Eastern District of New York not to seek the death penalty against the defendants Edwin Acosta-Martinez, Sergio Cerna and Arnolvin Umanzor Velasquez.

                                      Respectfully submitted,

                                      ROBERT L. CAPERS
                                      Acting United States Attorney

By:   _____
       John J. Durham
       Assistant U.S. Attorney
       (631) 715-7851

cc:    All Counsel of Record (By ECF)
        Clerk of the Court (By ECF)