## CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.            DATE: 12/15/2015       TIME: 1:00 p.m.
                                                    TIME IN COURT: 10 minutes

DOCKET NUMBER: CR 15-0087         TITLE: USA v. Sergio Cerna, et al.

DEFT NAME: Sergio Cerna
 X PRESENT    ___ NOT PRESENT      X IN CUSTODY    ___ ON BAIL

ATTY. FOR DEFT.: Joseph Ferrante and Joshua Dratel

 X PRESENT    ___ NOT PRESENT              ___ RET    X C.J.A.
                                                      FED. DEF. OF NY, INC.

DEFT NAME: Edwin Acosta-Martinez
 X PRESENT    ___ NOT PRESENT      X IN CUSTODY    ___ ON BAIL

ATTY. FOR DEFT.: Peter Brill
 X PRESENT    ___ NOT PRESENT              ___ RET    X C.J.A.
                                                      FED. DEF. OF NY, INC.

DEFT NAME: Arnolvin Umanzor Velasquez
 X PRESENT    ___ NOT PRESENT      X IN CUSTODY    ___ ON BAIL

ATTY. FOR DEFT.: Gary Villanueva (appointed)
 X PRESENT    ___ NOT PRESENT              ___ RET    X C.J.A.
                                                      FED. DEF. OF NY, INC.


A.U.S.A. John Durham            DEPUTY CLERK: C. Vukovich

FTR: 1:41-1:51

INTERPRETER: Maya Gray


 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

 ___ FIRST APPEARANCE OF DEFENDANT.

 ___ DEFT(S) STATES TRUE NAME TO BE:_____

 X   DEFTS. ARRAIGNED ON SUPERSEDING INDICTMENT.(S-2) as to Sergio Cerna
     (1) count(s) 1ss, 2ss, 7ss, 8ss, 9ss, 10ss,11ss, 12ss, 13ss, 14ss,
     19ss, 20ss, 21ss, 22ss, 23ss, 24ss, 25ss,26ss, 27ss, 28ss, 29ss;
     Edwin Acosta-Martinez (2) count(s) 1s, 2s, 15s, 16s, 17s, 18s, 30s,
     31s, 32s, 33s;Arnolvin Umanzor Velasquez (3) count(s) 1s, 2s, 3s, 4s,
     5s, 6s, 19s, 20s, 21s, 22s, 23s, 24s, 25s, 26s, 27s, 28s, 29s. DEFTS.
     WAIVE PUBLIC READING, AND COURT ENTER(S) A NOT GUILTY PLEA TO THE
     CHARGES FOR EACH DEFT.

\_\_\_\_    **WAIVER OF INDICTMENT EXECUTED.**

**X**    **DEFTS. CONTINUED IN CUSTODY.**

\_\_\_\_    **PERM. ORDER OF DETENTION CONTINUED FOR DEFT.**

**X**    **SPEEDY TRIAL INFORMATION:**
       **CODE TYPE:**  X-          **START DATE:** 12/15/2015 **XSTRT**
                             **STOP DATE:** 5/2/2016 **XSTOP**

**X**    **NEXT STATUS CONFERENCE SET FOR** 4/6/2016 AT 1:00 pm

**x**    **TRIAL AND JURY SELECTION SET FOR** 5/2/16 AT 9:30 AM.

**X**    **OTHER:** COURT ADOPTS MOTION SCHEDULE: MOTION TO BE FILED BY 2/15/2016; RESPONSE BY 3/15/2016; REPLY BY 3/29/2016; ORAL ARGUMENT 4/6/16.