UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

-------------------------------------------------------X

UNITED STATES OF AMERICA

★ DEC 15 2015

-V-

★ WAIVER OF SPEEDY TRIAL

Sergio Cerna, et al.

LONG ISLAND OFFICE    15 -cr- 0087    (JFB)

-------------------------------------------------------X

It is hereby stipulated that the time period from __12/15/15__ to __5/2/16__ be excluded in computing time within which trial of the charges against the Defendant(s) must commence.

The parties agree to the exclusion of the foregoing period for the purpose(s) of:

[X]    engagement in continuing plea negotiations;

[ ]    examination of the Defendant(s) pursuant to 18 U.S.C. §§ 3161(h)(1)(A) regarding mental or physical capacity;

[ ]    submission of pretrial motions through hearing or other disposition pursuant to 18 U.S.C. § 3161 (h)(1)(F); and/or

[X]    COMPLEX CASE; REVIEW OF DISCOVERY; PREPARATION OF PRETRIAL MOTIONS; TRIAL PREPARATION

The Defendant has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the U.S. Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74; the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50 of the Federal Rules of Criminal Procedure.  The Defendant understands that he/she has a right to be tried before a jury within a specified time period, not counting excludable periods.

The Court [X] approves this Speedy Trial Waiver [X] otherwise excludes the time based upon its findings that this action serves the ends of justice and outweighs the best interest of the public and this Defendant in a speedier trial.

SO ORDERED.

Dated: __12/15/15__
Central Islip, NY

Joseph F. Bianco, U.S.D.J.

Assistant U.S. Attorney or Special Assistant U.S. Attorney: _____

Defendant # 1: _Sergio Cerna____    Counsel: _____

Defendant # 2: _Acosta-Martinez, Edwin_    Counsel: _____

Defendant # 3: _VELASQUEZ, Humanzor_    Counsel: _____