CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.           DATE: 4/8/2016        TIME: 2:00 p.m.
                                                  TIME IN COURT: 20 minutes

DOCKET NUMBER: CR 15-87          TITLE: USA v. Cerna et al

DEFT NAME: Edwin Acosta-Martinez
 X  PRESENT    NOT PRESENT       X IN CUSTODY       ON BAIL

ATTY. FOR DEFT.: Peter Brill
 X  PRESENT    NOT PRESENT                       RET    X C.J.A.
                                                    FED. DEF. OF NY, INC.

DEFT NAME: Sergio Cerna
 X  PRESENT    NOT PRESENT       X IN CUSTODY       ON BAIL

ATTY. FOR DEFT.: Joseph Ferrante
 X  PRESENT    NOT PRESENT                       RET    X C.J.A.
                                                    FED. DEF. OF NY, INC.


A.U.S.A. John Durham and Raymond Tierney     DEPUTY CLERK: Michele Savona

COURT REPORTER:     P. AUERBACH     E. COMBS      P. LOMBARDI
   H. RAPAPORT    X M. STEIGER     D. TURSI     O. WICKER
   S. Picozzi

INTERPRETER: Maya Gray (Spanish)


 X    CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

      FIRST APPEARANCE OF DEFENDANT

      DEFT(S) STATES TRUE NAME TO BE:

      WAIVER OF INDICTMENT EXECUTED.

 X    DEFTS. CONTINUED IN CUSTODY.

      PERM. ORDER OF DETENTION ENTERED FOR DEFT.

 X    SPEEDY TRIAL INFORMATION:
      CODE TYPE: X-          START DATE: 4/8/2016 XSTRT
                             STOP DATE:  5/4/2016 XSTOP

 X    JURY SELECTION SET FOR 5/4/2016 at 9:30 a.m.

      OTHER: