## CRIMINAL CAUSE FOR GUILTY PLEA

**BEFORE JUDGE JOSEPH F. BIANCO,**

**DATE:** 4/20/2016        **TIME:** 9:00 a.m.    **TIME IN COURT:** 1 hr.

**DOCKET NUMBER:** 15-CR-0087 (JFB)

**TITLE:** USA v. Sergio Cerna

**DEFT NAME:** Sergio Cerna
 X  PRESENT ___ NOT PRESENT     X  IN CUSTODY  ___ ON BAIL

**ATTY FOR DEFT:** Joseph Ferrante              ___ RETAINED
                                                X  C.J.A.
 X  PRESENT     ___ NOT PRESENT            ___ FED. DEF. OF NY, INC.

**A.U.S.A.** John Durham and Raymond Tierney

**DEPUTY CLERK:** Michele Savona

**REPORTER:** ___PERRY AUERBACH  ___ELLEN COMBS  ___PAUL LOMBARDI
___HARRY RAPAPORT  ___MARY ANN STEIGER  X  DOM TURSI  ___OWEN WICKER

**INTERPRETER:**

 X   CASE CALLED;

 X   COUNSEL FOR ALL SIDES PRESENT.

___  DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INFORMATION, AND ENTER(S) A NOT GUILTY PLEA TO THE CHARGES.

 X   DEFT (S) STATES TRUE NAME TO BE:_____

___  FIRST APPEARANCE OF DEFENDANT.

___  WAIVER OF INDICTMENT EXECUTED.

___  SUPERSEDING INDICTMENT FILED.

___  SUPERSEDING INFORMATION FILED.

___  DEFT(S) ENTERS A GUILTY PLEA TO COUNT____ OF THE INFORMATION.

 X   DEFT(S)____ WITHDRAWS NOT GUILTY PLEA AND ENTERS A PLEA OF GUILTY TO COUNT  1   OF THE SUPERSEDING INDICTMENT (S-2)

 X   COURT FINDS A FACTUAL BASIS FOR THE PLEA.

 X   SENTENCE DATE SET FOR  9/14/16   AT  1:30 p.m.

_**X**_  **PROBATION NOTIFIED.**

____  **BAIL STATUS CONTINUED FOR DEFT. _____.**

_**X**_  **DEFT. _____CONTINUED IN CUSTODY.**

____  **BAIL SET AT _____**

____  **CASE ADJ'D TO _____**

____  **OTHER:_____**