LAW OFFICES OF

# JOSHUA L. DRATEL, P.C.

A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                                                                                                                                                               STEVEN WRIGHT
—                                                                                                                                                                     *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

April 21, 2016

**<u>FILED VIA ECF</u>**

The Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
United States Courthouse and Federal Building
944 Federal Plaza
Central Islip, New York 11722

                              Re:    *United States v. Cerna*,
                                             <u>15 Cr. 87 (JFB)</u>

Dear Judge Bianco:

      This letter is in regard to my continued representation of the defendant, Sergio Cerna, in the above-entitled case. Now that Mr. Cerna has pleaded guilty, I have discussed the issue with co-counsel Joseph J. Ferrante, Esq., and Mr. Ferrante and I have agreed that at this juncture it would be appropriate for me to be relieved as co-counsel for Mr. Cerna.

      Accordingly, it is respectfully requested that I be relieved as co-counsel for Mr. Cerna.

                                                                                Respectfully submitted,

                                                                                Joshua L. Dratel

JLD/