LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   APR 26 2016   ★

LONG ISLAND OFFICE

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

April 21, 2016

### FILED VIA ECF

The Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
United States Courthouse and Federal Building
944 Federal Plaza
Central Islip, New York 11722

Re:   *United States v. Cerna,*
        15 Cr. 87 (JFB)

Dear Judge Bianco:

This letter is in regard to my continued representation of the defendant, Sergio Cerna, in the above-entitled case. Now that Mr. Cerna has pleaded guilty, I have discussed the issue with co-counsel Joseph J. Ferrante, Esq., and Mr. Ferrante and I have agreed that at this juncture it would be appropriate for me to be relieved as co-counsel for Mr. Cerna.

Accordingly, it is respectfully requested that I be relieved as co-counsel for Mr. Cerna.

Respectfully submitted,

Joshua L. Dratel

*Request granted.*

JLD/

SO ORDERED

_____
Joseph F. Bianco
USDJ
Date: ___April 26 20 16___
Central Islip, N.Y