MEMORANDUM TO
THE HONORABLE JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

RE:   **United States v. Sergio Cerna**, DOCKET #:  15-CR-87
       FOR SENTENCE: September 14, 2016

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
SEP 02 2016
LONG ISLAND OFFICE

### REQUEST FOR ADJOURNMENT

On April 20, 2016, the above-named defendant pled guilty to Racketeering and the Court ordered a presentence report (PSR) to be completed.

The presentence interview has been conducted; however, the offense conduct is being prepared separately by an officer assigned to the presentence investigation of a co-defendant, and is not yet complete. As such the Probation Department respectfully requests and adjournment of sentence to a date in mid-October, or thereafter. It is anticipated that this will allow the Probation Department sufficient time to complete a thorough offense conduct.

Request Granted: [signature]  _ 9/2/16

New Sentence Date: 10/26/16  1:30 p.m.

Request Denied: _____

    RESPECTFULLY SUBMITTED,
    EILEEN KELLY
    CHIEF U.S. PROBATION OFFICER

Prepared by:

Roberta Houlton, U.S. Probation Officer
(347) 534-3731

Date: August 25, 2016

cc:   Joseph Ferrante, Esq.

      John Durham, Esq., Assistant United States Attorney